# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RUNAWAY BAY CONDOMINIUM ASSOCIATION, <br><br> Petitioner, <br><br> vs <br><br> PHILADELPHIA INDEMNITY INSURANCE COMPANY, <br><br> Respondent. | Case No. 1:16-cv-09551 <br> Honorable Elaine E. Bucklo <br><br> **STIPULATION AND ORDER TO FILE SECOND AMENDED PETITION** |

The undersigned parties, by and through their respective counsel, hereby stipulate and agree as follows:

1. By the Court's Order, dated April 25, 2017, the Court partially granted Runaway Bay Condominium Association's (hereinafter "Runaway Bay") Motion to Compel Appraisal and ordered that the parties submit to appraisal all damages sustained by the August 2, 2015 and February 19, 2016 storms, except the dispute with respect to whether Runaway Bay is entitled to matching for the two undamaged sides of their property which Runaway Bay maintains must be replaced pursuant to the policy.

2. Due to the implications of the April 25, 2017 Order, the Proposed Amendment (redlined copy attached as Exhibit 1 and fully integrated copy attached as Exhibit 2) adds factual allegations pertaining to full replacement and coverage for the siding at Runaway Bay's property, removes allegations pertaining to compelling appraisal, seeks declaratory judgment for coverage of all of the siding on Runaway Bay's

1

property, seek the Court's confirmation of an appraisal award for the issues ordered to be submitted to appraisal by the Court, adds a breach of contract claim for Respondent's failure to issue payment for the siding on Runaway Bay's property, and includes in the prayer for relief the revisions to the declaratory judgment and breach of contract claims.

3. This Stipulation may be executed in counterparts.

IT IS SO STIPULATED.

Dated: June 22, 2017

| ON BEHALF OF PLAINTIFF: | ON BEHALF OF DEFENDANT: |
|---|---|
| HELLMUTH & JOHNSON, PLLC | CLAUSEN MILLER P.C. |

By: /s/Stephanie R. LoschingBy: /s/James R. Swinehart

| Joseph P. Beckman, IL ID #6199704 | James R. Swinehart |
| J. Robert Keena, IL ID #6323169 | Mindy M. Medley |
| Stephanie R. Losching, Pro Hac Vice | Kelly A. Jorgensen |
| 8050 West 78th Street | 10 South LaSalle Street |
| Edina, MN 55439 | Chicago, Illinois 60603-1098 |
| Telephone: (952) 941-4005 | Email: jswinehart@clausen.com |
| Fax: (952) 941-2337 | mmedley@clausen.com |
| jbeckman@hjlawfirm.com | kjorgensen@clausen.com |
| jkeena@hjlawfirm.com | Tel: (312) 855-1010 |
| slosching@hjlawfirm.com | Fax: (312) 606-7777 |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
| RUNAWAY BAY CONDOMINIUM | PHILADELPHIA INDEMNITY |
| ASSOCIATION | INSURANCE |

1600544.1

# **ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the Stipulation, the Second Amended Petition filed with the Court shall be GRANTED.

Dated: _____, 2017      BY THE COURT:

 

_____
Honorable Elaine E. Bucklo
U.S. District Court Judge

3
1600544.1